AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00052 |
| ROBERT SANFORD | ) | Assigned to: Judge Faruqui, Zia. |
| | ) | Assign Date: 1/13/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D) | Disorderly or Disruptive Conduct on Capitol Grounds |
| 18 U.S.C. 231(a)(3) | Civil Disorder |
| 18 U.S.C. 111(a)(1) | Assaulting, resisting, or impeding certain officers while engaged in the performance of official duties |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's Signature*

Special Agent Samad D. Shahrani, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/13/2021

2021.01.13 19:24:09 -05'00'
*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*