AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cr-0086 |
| Robert Sanford | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Sanford

Date: February 17, 2021

*Andrew M. Stewart*
Attorney's signature

Andrew M. Stewart, Bar No. 490984
*Printed name and bar number*

2007 15th Street North, Suite 201
Arlington Virginia 22201
*Address*

andrew.m.stewart.esq@gmail.com
*E-mail address*

703-248-0626
*Telephone number*

703-248-8971
*FAX number*