UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0086 (PLF) |
| ROBERT SANFORD, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On March 3, 2021, this Court entered an Order [Dkt. No. 11] directing that the defendant Robert Sanford be released on home detention with Global Positioning System ("GPS") monitoring subject to courtesy supervision by the U.S. Probation Office for the Eastern District of Pennsylvania ("the Probation Office"). Due to the global coronavirus pandemic, the Probation Office requires that Mr. Sanford self-quarantine for fourteen days following his release from the District of Columbia jail. The Probation Office has requested authorization to monitor Mr. Sanford by voice verification during that fourteen-day period to avoid installing GPS equipment at Mr. Sanford's home while Mr. Sanford is in quarantine. In light of the foregoing, it is hereby

ORDERED that for the period beginning March 4, 2021 and ending March 18, 2021, Mr. Sanford shall be monitored by voice verification; and it is

FURTHER ORDERED that for the period beginning March 19, 2021 and continuing through the remainder of Mr. Sanford's home detention, Mr. Sanford shall be monitored by GPS unless otherwise ordered by this Court.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 5, 2021