AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT SANFORD | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT SANFORD
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D) - Disorderly or Disruptive Conduct on Capitol Grounds

18 U.S.C. 231(a)(3) - Civil Disorder

18 U.S.C. 111(a)(1) - Assaulting, resisting, or impeding certain officers while engaged in the performance of official duties

Date:   01/13/2021

2021.01.13 19:23:01 -05'00'
*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/13/2021, and the person was arrested on *(date)* 1/14/2021
at *(city and state)* ASTON, PA

Date: 1/22/2021

*Arresting officer's signature*

FBI SA JASON HUFF
*Printed name and title*