Boothwyn



Map data ©2021 Google   2 mi