IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No: 1:21-CR-86-PLF** |
| : | |
| **ROBERT SANFORD** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant Robert Sanford's unopposed motion to modify conditions of release, and for good cause shown, it is HEREBY ORDERED that the motion is GRANTED; and it is further

ORDERED that Mr. Sanford shall be permitted to transport his children to activities outside the Eastern District of Pennsylvania and within a twenty-five-mile radius of his residence.


ENTERED this 12th day of April, 2021.

_____
The Honorable Paul L. Friedman
United States District Judge