# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No: 1:21-CR-86-PLF |
| : | |
| **ROBERT SANFORD** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant Robert Sanford's second unopposed motion to modify conditions of release, and for good cause shown, it is HEREBY ORDERED that the motion is GRANTED; and it is further

ORDERED that Mr. Sanford shall adhere to a curfew to be set by his pretrial officer in the Eastern District of Pennsylvania in lieu of other travel restrictions currently in place.

ENTERED this 7th day of June, 2021.

_____
The Honorable Paul L. Friedman
United States District Judge