IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No: 1:21-CR-86-PLF |
| : | |
| **ROBERT SANFORD** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND FOR EXCLUDABLE DELAY

The defendant, Robert Sanford, by and through undersigned counsel, respectfully files this Consent Motion to Continue the Status Hearing in the above-captioned matter from August 19, 2021, until October 14, 2021. The Government and the defendant agree that there is good cause to exclude time under the Speedy Trial Act from August 19, 2021, until October 14, 2021. The government concurs in this request and agrees that it is in its best interest. In support thereof, the defendant states as follows:

1. The government and undersigned counsel conferred and continue to communicate in an effort to resolve this matter short of trial.

2. The parties, therefore, would respectfully request that the status hearing and the date by which an information or a trial must commence be continued until October 14, 2021. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time

from August 19, 2021, through October 14, 2021, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the status hearing in this matter until October 14, 2021.

        Respectfully submitted,

        Robert Sanford


        By:  /s/ *Andrew M. Stewart*        .
        ANDREW M. STEWART, ESQ.
        D.C. Bar No. 490984
        Attorney for the Defendant
        2007 15th Street North, Suite 201
        Arlington, VA 22201
        Phone: 703-248-0626
        Fax: 703-248-8971
        andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of August, 2021, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Janani Iyengar
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
555 4th Street, NW
Washington, D.C. 20001

                                                By:  /s/ *Andrew M. Stewart*          .
                                                ANDREW M. STEWART, ESQ.
                                                D.C. Bar No. 490984
                                                Attorney for the Defendant
                                                2007 15th Street North, Suite 201
                                                Arlington, VA 22201
                                                Phone: 703-248-0626
                                                Fax: 703-248-8971
                                                andrew.m.stewart.esq@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No: 1:21-CR-86-PLF |
| : | |
| **ROBERT SANFORD** : | |
| : | |
| **Defendant.** : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the currently scheduled status hearing for August 19, 2021 to October 14, 2021; it is

FURTHER ORDERED that the period from August 19, 2021, to October 14, 2021, be excluded from computing the time within which a trial must commence under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. ' 3161(h)(7). The Court finds that the parties are in discussions to reach a pre-trial resolution and to discuss discovery matters.

It Is So Ordered.

_____
PAUL L. FRIEDMAN
United States District Judge

Entered this \_\_\_\_ day of August 2021.