# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No: 1:21-CR-86-PLF |
| : | |
| **ROBERT SANFORD** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report setting forth their respective views on whether the plea hearing scheduled for September 8, 2022, at 2:00 p.m. should proceed virtually or in person. On September 1, 2022, the parties met and conferred as directed by this Court's August 31, 2022, minute order, however, the parties did not reach an agreement.

The government's position is that the hearing should be held in-person because it intends to request that Mr. Sanford be taken into custody pursuant to 18 U.S.C. § 3143(a)(2) which is referenced in paragraph 8 of the plea agreement letter.

On the other hand, Mr. Sanford prefers to conduct the hearing virtually because he resides in Pennsylvania.  Furthermore, it is unnecessary to take him into custody.  Mr. Sanford has complied with the terms of his release.  Also, if taken into custody, he will likely be transferred to a facility outside of D.C.

Wherefore, the parties respectfully submit this Joint Status Report setting forth their respective views on whether the plea hearing scheduled for September 8, 2022, at 2:00 p.m. should proceed virtually or in person.

Filed: September 2, 2022.

Respectfully submitted,

Robert Sanford

By: /s/ *Andrew M. Stewart* .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2022, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Janani Iyengar
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
555 4th Street, NW
Washington, D.C. 20001

By: /s/ *Andrew M. Stewart* .
ANDREW M. STEWART, ESQ.
D.C. Bar No. 490984
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com