UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT SANFORD, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0086 (PLF) |

ORDER

Pending before the Court is the government's Unopposed Motion to Reduce Term of Imprisonment to Time Served [Dkt. No. 62]. The government, on behalf of the Director of the Federal Bureau of Prisons, requests a modification of the term of imprisonment of Mr. Sanford to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) due to Mr. Sanford's terminal illness.

On September 23, 2022, Mr. Sanford pleaded guilty to one count of assaulting, resisting, or impeding officers using a dangerous weapon, in violation of 18 U.S.C. § 111(a)(1) and (b). See Plea Agreement [Dkt. No. 47]. On April 11, 2023, the Court sentenced Mr. Sanford to a 52-month term of imprisonment, with 36 months of supervised release to follow, and payment of a $100 special assessment and $5,798 in restitution. See Judgment [Dkt. No. 58]. Mr. Sanford currently has a projected release date of April 14, 2026.

Under 18 U.S.C. § 3582(c)(1)(A)(i), the Court is authorized, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment after finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons represents, and the Court agrees, that Mr. Sanford's terminal illness constitutes extraordinary and compelling reasons warranting the requested reduction, consistent with U.S.S.G.

§ 1B1.13(b)(1)(A). Accordingly, it is hereby

ORDERED that the government's Unopposed Motion to Reduce Term of Imprisonment to Time Served [Dkt. No. 62] is GRANTED; it is

FURTHER ORDERED that Mr. Sanford's term of imprisonment imposed on April 11, 2023, is hereby reduced to the time he has already served; it is

FURTHER ORDERED that Mr. Sanford shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits and necessary arrangements can be made; it is

FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, Mr. Sanford shall begin serving his 36-month term of supervised release under the supervision of the Probation Office of the United States District Court for the Eastern District of Pennsylvania with all other conditions to remain in effect until further order of the Court; it is

FURTHER ORDERED that Mr. Sanford shall abide by the release plans and arrangements implemented by the Probation Office in the Eastern District of Pennsylvania; and it is

FURTHER ORDERED that the government shall submit a status report to update the Court on the status of Mr. Sanford's release and transfer on or before October 24, 2024.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/10/24