IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-86 (PLF) |
| | : | |
| **ROBERT SANFORD,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

The United States of America, by the Director of the Federal Bureau of Prisons (BOP) and through the undersigned Assistant United States Attorney, respectfully moves the Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to modify the term of imprisonment of the Defendant, Robert Sanford, to time served based on his terminal medical condition. In support hereof, the United States and the Director of the Federal Bureau of Prisons state as follows:

1. On September 23, 2022, Mr. Sanford pleaded guilty to one count of assaulting, resisting, or impeding officers using a dangerous weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), relating to his participation in the events at the U.S. Capitol on January 6, 2021.

2. On April 11, 2023, the Court sentenced Mr. Sanford to a 52-month term of imprisonment, with 36 months of supervised release to follow, and payment of a $100 special assessment and $5,798 in restitution.

3. Mr. Sanford currently has a projected release date of April 14, 2026.

4. Mr. Sanford, age 59, has been diagnosed with ███████████████████ ███████████████████. Given the ███████████████ ███████████████████. His prognosis is ███████

███████████. This medical assessment has been rendered by medical professionals within the BOP, and the proffered information obtained in consultation with BOP and medical or administrative professionals.

5. Once released, Mr. Sanford will return to his home in Chester, Pennsylvania, and reside with his wife. This release plan has been approved by the United States Probation Office for the Eastern District of Pennsylvania.

6. The United States has consulted with the officers victimized by Mr. Sanford's actions, and they have been informed of Mr. Sanford's situation. They have shown grace and expressed compassion. This request for a reduction in sentence does not diminish the gravity of Mr. Sanford's conduct.

7. The government has conferred with counsel for defendant, who does not oppose this motion.

For these reasons, it is respectfully requested that the Court reduce the term of imprisonment to the time Mr. Sanford has now served. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court, upon motion of the Director of the Federal Bureau of Prisons, may modify a term of imprisonment upon the finding that "extraordinary and compelling reasons" exist to warrant a reduction. Consistent with § 3582(c)(1)(A)(i) and U.S.S.G. § 1B1.13(b)(1)(A), Mr. Sanford's terminal medical condition and ███████████ constitute "extraordinary and compelling reasons" warranting the requested reduction. Mr. Sanford would not, however, be subject to complete release, as he would begin serving the 36-month term of supervised release previously imposed by the Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Carlos A. Valdivia*
CARLOS A. VALDIVIA
D.C. Bar No. 1019242
Assistant United States Attorneys
601 D Street NW, Fifth Floor
Washington, D.C. 20530
E-mail: Carlos.Valdivia@usdoj.gov
Telephone: (202) 252-7508

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-86 (PLF) |
| | : | |
| **ROBERT SANFORD,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

**BEFORE THE COURT** is a motion filed by the United States of America on behalf of the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the Defendant, ROBERT SANFORD, to time served. The Court finds:

1. On September 23, 2022, Mr. Sanford pleaded guilty to one count of assaulting, resisting, or impeding officers using a dangerous weapon, in violation of 18 U.S.C. § 111(a)(1) and (b).

2. On April 11, 2023, the Court sentenced Mr. Sanford to a 52-month term of imprisonment, with 36 months of supervised release to follow, and payment of a $100 special assessment and $5,798 in restitution. Mr. Sanford currently has a projected release date of April 14, 2026.

3. Mr. Sanford is terminally ill.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this Court agrees, that Mr. Sanford's terminal illness constitutes extraordinary and compelling reasons warranting the requested reduction, consistent with U.S.S.G. § 1B1.13(b)(1)(A).

**IT IS THEREFORE ORDERED** that Mr. Sanford's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that Mr. Sanford shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and necessary arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, Mr. Sanford shall begin serving the 36-month term of supervised release previously imposed.

**DONE AND ORDERED THIS _____ DAY OF OCTOBER, 2024.**

                        **BY THE COURT:**

                        _____
                        **PAUL L. FRIEDMAN**
                        **UNITED STATES DISTRICT COURT JUDGE**